UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Maria E. Villafuerte Gonzalez<br>aka Maria E. Villafuerte<br><br>Debtor(s)<br><br><br>Plaintiff(s)<br><br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-28552<br><br>Chapter: 7<br><br>Honorable Janet S. Baer<br><br>Kane<br><br>Adv. No.: |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS CAUSE coming to be heard on the motion of Bank of America, N.A. (the "Movant"), by and through its attorneys, Marinosci Law Group, P.C., the Court having jurisdiction and being duly advised in the premises, with due notice having been given,

IT IS HEREBY ORDERED THAT:

1. Pursuant to 11 U.S.C. section 362(d), Movant is granted relief from the automatic stay provisions of 11 U.S.C. section 362(a) by modifying said stay so as not to restrain them from exercising non-bankruptcy remedies as to the collateral more particularly described as N 2019 NISSAN ALTIMA VIN # 1N4BL4EW1KC222140 (the "Collateral").

2. Rule 4001(a)(3) is waived by the Court, and the effect of this order is not stayed.

3. The order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 31, 2020

**Prepared by:**

Diana Carpintero
Attorney for Movant
Marinosci Law Group, P.C.
134 N. LaSalle St., Ste.1900
Chicago, IL 60602
(t) 312-940-8580; (f) 401-234-5130
ILWIBK@mlg-defaultlaw.com